# Court of Appeals
# of the State of Georgia

ATLANTA, August 12, 2026

*The Court of Appeals hereby passes the following order:*

**A27E0010.  KIANA L. JOHNSON v. CLIFFORD M. BENSON.**

Upon consideration of the Rule 40(b) Emergency Motion to Stay Enforcement of Temporary Custody Order and to Preserve Appellate Jurisdiction filed in this Court by Appellant Kiana L. Johnson, that motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/12/2026*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*